# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE J. RODRIGUEZ,**

        **Plaintiff,**

**v.**                                          **Case No:   6:13-cv-1741-Orl-22GJK**

**CAP WORLD, INC. OF FLORIDA and
CAP WORLD, INC.,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice (Doc. No. 16) filed on March 21, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Report and Recommendation was filed (Doc. No. 18), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed April 7, 2014 (Doc. No. 17), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice is hereby GRANTED only to the extent that the Court finds the parties' settlement is fair and reasonable

3.      This case is DISMISSED WITH PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 8, 2014.


ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record